Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DESHAWNA POBLANO,**

                  Plaintiff,

   vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security
Administration,

                  Defendant.

Civil No. 06-6170-HO

**ORDER FOR ATTORNEY FEES
PURSUANT TO EAJA**

     After considering the Stipulated Motion of the parties submitted herein, Order is hereby

granted that Commissioner shall pay and mail to Plaintiff's attorney the sum of $4491.34 in full

settlement of all claims for fees under EAJA. There are no other costs.

     IT IS SO ORDERED this day of _____ _Aug._ _____, 2007

                              _Michael C Hogan_
                             U.S. District Judge

PRESENTED BY:

By: _/s/ DREW L. JOHNSON_
     Drew L. Johnson, OSB #75200
     Of Attorneys for Plaintiff

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA